✓ FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 09 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Tao Li,<br>a.k.a. Michael Wilson,<br>a.k.a. Richard Lee,<br><br>　　　　Defendant. | CR-18-1366-PHX-DJH (MHB)<br><br>**INDICTMENT**<br><br>VIO:<br>　50 U.S.C. § 1705(a) and (c);<br>　15 C.F.R. §§ 742.4, 764.2, 774, Supp. No. 1<br>　(Conspiracy; International Emergency Economic Powers Act)<br>　Count 1<br><br>　18 U.S.C. § 554(a)<br>　(Smuggling Goods from the United States)<br>　Count 2<br><br>　18 U.S.C. §§ 981 and 982,<br>　21 U.S.C. §§ 853 and 881, and<br>　28 U.S.C. § 2461(c)<br>　(Forfeiture Allegation) |

THE GRAND JURY CHARGES:

## COUNT 1
**(Conspiracy; International Emergency Economic Powers Act)**

Beginning on or about December 12, 2016, and continuing until on or about January 30, 2018, in the District of Arizona and elsewhere, Tao Li, a.k.a. Michael Wilson, a.k.a. Richard Lee, and others unknown, knowingly and willfully agreed, combined, and conspired with each other, to export or cause to be exported from the United States to the People's Republic of China (1) TriQuint radiation-hardened power amplifiers, bearing part number TGA2573-2, and (2) Intersil radiation-hardened supervisory circuits, bearing part

number ISL705ARHVF, without having first obtained the required license from the United States Department of Commerce for authorization to export those items.

In violation of Title 50, United States Code, Section 1705(a) and (c); Title 15, Code of Federal Regulation, Sections 742.4, 764.2, 774, Supp. No. 1.

## COUNT 2
### (Smuggling Goods from the United States)

Between on or about December 12, 2016, and on or about March 23, 2018, in the District of Arizona and elsewhere, Tao Li, a.k.a. Michael Wilson, a.k.a. Richard Lee did knowingly and willfully buy (1) TriQuint radiation-hardened power amplifiers, bearing part number TGA2573-2, and (2) Intersil radiation-hardened supervisory circuits, bearing part number ISL705ARHVF, prior to exportation, knowing the same to be intended for exportation without a license contrary to the International Emergency Economic Powers Act ("IEEPA"), Title 50, United States Code, Sections 1701-1706, and the Export Administration Regulations ("EAR"), Title 15, Code of Federal Regulations, Parts 730-774, laws and regulations of the United States.

In violation of Title 18, United States Code, Section 554(a).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 and 2 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 981 and 982; Title 21, United States Code, Sections 853 and 881; and Title 28, United States Code, Section 2461(c); and upon conviction of one or more of the offenses alleged in Counts 1 and 2 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

If any of the forfeitable property, as a result of any act or omission of the defendant(s):

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 981 and 982; Title 21, United States Code, Sections 853 and 881; Title 28, United States Code Section 2461(c); and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: October 9, 2018

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/S/
TODD M. ALLISON
DAVID A. PIMSNER
Assistant United States Attorneys